ACCEPTED
06-14-00190-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/1/2015 4:58:15 PM
DEBBIE AUTREY
CLERK

CASE NOS. 06—14-00190-CR

In The

COURT OF APPEALS
SIXTH DISTRICT OF TEXAS
AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/1/2015 4:58:15 PM
DEBBIE AUTREY
Clerk

---

TONYA ANN RODRIGUEZ, Appellant

VS.

THE STATE OF TEXAS, Appellee

On Appeal from the 354th Judicial District Court
of Hunt County, Texas
Trial Court Cause Nos. 29,230
Honorable Richard A. Beacom, Jr., Judge Presiding

---

## STATE'S SECOND MOTION FOR EXTENSION OF TIME TO FILE STATE'S BRIEF

---

NOBLE DAN WALKER, JR.
District Attorney, in and for
Hunt County, Texas

STEVE LILLEY
Assistant District Attorney
State Bar Number - 24046293
P.O. Box 441
4th Floor, Hunt County Courthouse
Greenville, Texas 75401
Telephone Number - (903) 408-4180
Facsimile Number - (903) 408-4296
Email: slilley@huntcounty.net

1

## STATE'S SECOND MOTION FOR EXTENSION OF TIME TO FILE STATE'S BRIEF

Comes now, The State of Texas, and files this, her First Motion for Extension of Time to File State's Brief.

I.

The current filing deadline for the State's brief is June 1, 2015.

II.

The State requests this extension of time to her file her brief due to the fact that the appellate attorney has not yet completed his work on the brief. Between May 1 and June 1, 2015, the attorney responsible for the brief in this case worked to complete the appeal brief in The State of Texas v. Tyrone Denard Anderson, Cause No. 06-14-00074-CR, on May 8, 2015. The same attorney completed findings of fact and conclusions of law for the trial court's approval and submission to the Court of Criminal Appeals in The State of Texas v. Willie Doss, Writ No. 82,858-01, on or about May 15, 2015. The attorney also began work on the appeal brief in The State of Texas v. Mark Anthony Young, Cause No. 06-14-00086-CR and later filed a request for clarification on May 18, 2015. In addition, the same attorney has been making final preparations for jury trial to begin June 8, 2015 in The State of Texas v. Joshua Madison Newkirk, Cause No. 29,868, a

2

murder case with over thirty persons under subpoena by the State. .

III.

The State believes that it can complete its brief in this case with an extension to July 1, 2015, after the completion of the aforesaid murder trial. The State therefore requests an extension until that date.

IV.

This is the State's first request for an extension.

V.

For the reasons stated hereinabove, it is respectfully requested that this Court grant the State of Texas until July 1, 2015, to file her brief.

Respectfully submitted,

Steve Lilley
Assistant District Attorney
Hunt County, Texas
P.O. Box 441
Greenville, Texas 75403-0441
Phone: 903/408-4180
Fax: 903/408-4296
Email: slilley@huntcounty.net

3

## CERTIFICATE OF SERVICE

This is to certify that a true copy of this Motion to Extend Time to File State's Brief has been forwarded to Mr. Frank Long by facsimile.

_____
Steve Lilley